form the opposite party of the nature of the claim or defense which he is called upon to meet.

"(3) All defects in pleadings, either in form or substance, not objected to in the trial court, shall be deemed to be waived." (Ill. Rev. Stat. 1951, chap. 110, par. 157, sec. 33, par. 166, sec. 42 [Jones Ill. Stats. Ann. 104.033, 104.042].) The allegations of the instant complaint informed appellant of the nature of appellee's claim and appellant treated it as sufficient and he cannot now be permitted to contend otherwise.

The judgment of the trial court is sustained by the evidence and the applicable law and that judgment will be affirmed.

*Judgment affirmed.*

Alma Davis and Charles Davis, Plaintiffs-Appellees, v. Thomas Moore and Claire Moore, Defendants-Appellants.

Term No. 53–O–7.   (Abstract of Decision.)

Thomas P. O'Donnell, for appellants; Weihl & Weihl, for appellees. Opinion by Justice Culbertson. Not to be published in full. Opinion filed October 31, 1953; rehearing denied February 23, 1954; released for publication February 26, 1954.